UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JASON MILLER #824688,

    Plaintiff,

v.

    Case No. 2:23-cv-144

    HONORABLE PAUL L. MALONEY

UNKNOWN GREGG, et al.,

    Defendants.
_____/

**JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  March 5, 2025                    /s/  Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         United States District Judge